WESLEY BINTZ, Appellant, *v.* CITY OF HORNELL, Respondent.

Argued October 11, 1945; decided November 29, 1945.

*W. Earle Costello* for appellant.
*Albert E. Hollis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.